IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BRIAN KEITH PAYNE**                                                         **PLAINTIFF**

V.                                    **NO. 4:20-CV-81-DMB-JMV**

**CITY OF GREENVILLE, MISSISSIPPI;
DELONDO WILSON and MICHAEL
MERCHANT, in their individual capacities**                **DEFENDANTS**

## ORDER OF RECUSAL

      The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district judge.

      **SO ORDERED,** this 15th day of May, 2020.

                                                            /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**